**Electronically Filed
Supreme Court
SCEC-20-0000503
24-AUG-2020
02:38 PM**

SCEC-20-0000503

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

KHISTINA CALDWELL DEJEAN, Plaintiff,

vs.

SCOTT T. NAGO, in his capacity as
Chief Election Officer, State of Hawaiʻi, Defendant.

---

ORIGINAL PROCEEDING

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., Nakayama, McKenna and Wilson, JJ.,
and Circuit Judge Eddins, assigned by reason of vacancy)

Upon consideration of plaintiff Khistina Caldwell DeJean's motion for reconsideration filed on August 20, 2020, the papers in support, and the records and files herein,

IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED: Honolulu, Hawaiʻi, August 24, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

